UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNSIGHT.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> INNSIGHT HOTEL MANAGEMENT GROUP, INC., <br><br> Defendant. | Case No. 18-cv-06844-VC <br><br> **ORDER GRANTING REQUEST FOR DISMISSAL WITH PREJUDICE** <br><br> Re: Dkt. No. 16 |

In line with the parties' joint request, the Court hereby dismisses this case with prejudice.

The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: February 8, 2019

VINCE CHHABRIA
United States District Judge